IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MARK ANTHONY AUGUSTUS TAYLOR, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:25-CV-581 |
| TOWN OF SPENCER, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. The plaintiff filed an objection to the Recommendation, purporting to object to the "entirety" of the recommendation. Doc. 22 at 5.

Objections to proposed findings and recommendations of the Magistrate Judge must be specific. Fed. R. Civ. P. 72(b); *see Diamond v. Colonial Life & Accident Ins. Co.,* 416 F.3d 310, 316 (4th Cir. 2005); *Meris v. Settles*, 1:18-CV-195, 2021 WL 11431786 (M.D.N.C. Feb. 16, 2020). Nowhere in the objections does the plaintiff address or engage with the substance of the Magistrate Judge's reasoning, analysis, or discussion of relevant law. The plaintiff merely continues to assert that Rowan County and the North Carolina Administrative Office of the Courts are liable to him. Such generalized objections do not require detailed discussion.

Out of an abundance of caution, the Court has reviewed the Magistrate Judge's conclusions *de novo*. Those conclusions are well-reasoned and supported by law, and the Court agrees. The Court adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that:

1. The Clerk **SHALL NOT** issue the requested summons, Doc.10-1;

2. All claims against the defendants NCAOC and Rowan County in the first amended complaint are **DISMISSED**.

This the 21st day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE